1
2
3
4
5
6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                    EASTERN DISTRICT OF CALIFORNIA
12
13
14 KEITH WELDAY, an individual,   ) Case No. 2:13-CV-02439 JAM-EFB
                                  )
15                    Plaintiff,  )
                                  ) **RELATED CASE ORDER**
16      v.                        )
                                  )
17 RITE AID CORPORATION, and DOES 1 )
   through 50, inclusive,         )
18                                )
                      Defendants. )
19 TOM BAUSER, an individual,     )
                                  )
20                    Plaintiff,  )
                                  ) Case No. 2:14-CV-01946 TLN-EFB
21      v.                        )
                                  )
22 RITE AID CORPORATION, and DOES 1 )
   through 50, inclusive,         )
23                                )
                      Defendants. )
24 RACHEL CHAVEZ, an individual,  )
                                  )
25                    Plaintiff,  ) Case No. 2:14-CV-01957 MCE-DAD
                                  )
26      v.                        )
                                  )
27 RITE AID CORPORATION, and DOES 1 )
   through 50, inclusive,         )
28                                )
                      Defendants. )

                                 1

```
MARK JAEGER, an individual,       )
                                  )
              Plaintiff,          )
       v.                         ) Case No. 2:14-CV-01960 WBS-AC
                                  )
RITE AID CORPORATION, and DOES 1  )
through 50, inclusive,            )
                                  )
              Defendants.         )
BRUCE KAUFMAN, an individual,     )
                                  )
              Plaintiff,          )
                                  ) Case No. 2:14-CV-01961 JAM-KJN
       v.                         )
                                  )
RITE AID CORPORATION, and DOES 1  )
through 50, inclusive,            )
                                  )
              Defendants.         )
CHRIS GONZALEZ, an individual,    )
                                  )
              Plaintiff,          )
                                  ) Case No. 2:14-CV-01963 KJM-AC
       v.                         )
                                  )
RITE AID CORPORATION, and DOES 1  )
through 50, inclusive,            )
                                  )
              Defendants.         )
KATHRYN VON KOPP, an individual,  )
                                  )
              Plaintiff,          )
                                  ) Case No. 2:14-CV-01965 TLN-CKD
       v.                         )
                                  )
RITE AID CORPORATION, and DOES 1  )
through 50, inclusive,            )
                                  )
              Defendants.         )
```

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1     The parties should be aware that relating the cases under
2  Local Rule 123 merely has the result that these actions are
3  assigned to the same judge and magistrate judge; no consolidation
4  of the actions is effected.  Under the regular practice of this
5  court, related cases are generally assigned to the judge and
6  magistrate judge to whom the first filed action was assigned.

7     IT IS THEREFORE ORDERED that the actions denominated 2:14-CV-
8  01946 TLN-EFB, 2:14-CV-01957 MCE-DAD, 2:14-CV-01960 WBS-AC, 2:14-
9  CV-01961 JAM-KJN, 2:14-CV-01963 KJM-AC, and 2:14-CV-01965 TLN-CKD
10 be reassigned to Judge John A. Mendez and Magistrate Judge Edmund
11 F. Brennan for all further proceedings, and any dates currently set
12 in this reassigned case _only_ are hereby VACATED.  Henceforth, the
13 caption on documents filed in the reassigned cases shall be shown
14 as 2:14-CV-01946 JAM-EFB, 2:14-CV-01957 JAM-EFB, 2:14-CV-01960 JAM-
15 EFB, 2:14-CV-01961 JAM-EFB, 2:14-CV-01963 JAM-EFB, and 2:14-CV-
16 01965 JAM-EFB.

17    IT IS FURTHER ORDERED that the Clerk of the Court make
18 appropriate adjustment in the assignment of civil cases to
19 compensate for this reassignment.

20    IT IS SO ORDERED.
21 Dated:  August 29, 2014

22                                 /s/ John A. Mendez_____
                                   JOHN A. MENDEZ
23                                 United States District Court Judge