1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8                     EASTERN DISTRICT OF CALIFORNIA

9

10   TOM BAUSER, an individual,        )  Case No. 2:14-CV-01946 JAM-EFB
                                        )
11                                      )  **RELATED CASE ORDER**
                        Plaintiff,      )  Related to Nos.:
12                                      )  2:13-CV-02439 JAM-EFB
           v.                           )  2:14-CV-01946 JAM-EFB
13                                      )  2:14-CV-01957 JAM-EFB
                                        )  2:14-CV-01960 JAM-EFB
14   RITE AID CORPORATION, and DOES 1 ) 2:14-CV-01961 JAM-EFB
     through 50, inclusive,             )  2:14-CV-01963 JAM-EFB
15                                      )  2:14-CV-01965 JAM-EFB
                                        )  2:15-CV-00429 JAM-EFB
16                        Defendants.   )  2:15-CV-00622 JAM-EFB
                                        )  2:15-CV-00623 JAM-EFB
17                                      )  2:15-CV-02150 JAM-EFB
                                        )  1:15-CV-01721 JAM-EFB
18                                      )  1:15-CV-01748 JAM-EFB
_____
19   MIKE CAMPBELL, an individual,      )  Case No. 2:15-CV-02396 JAM-CMK
                                        )
20                        Plaintiff,    )
                                        )
21           v.                         )
                                        )
22   RITE AID CORPORATION, and DOES 1 )
     through 50, inclusive,             )
23                                      )
     Defendants.                        )
_____
24   BRYCE WILLIAMS, an individual,     )  Case No. 1:15-CV-01874 JAM-SAB
                                        )
25                        Plaintiff,    )
                                        )
26           v.                         )
                                        )
27   RITE AID CORPORATION, and DOES 1 )
     through 50, inclusive,             )
28                                      )
                          Defendants.   )
_____

                                 1

1   Examination of the above-entitled actions reveals that these

2   actions are related within the meaning of Local Rule 123 (E.D. Cal.

3   2005).   Accordingly, the assignment of the matters to the same

4   judge and magistrate judge is likely to affect a substantial

5   savings of judicial effort and is also likely to be convenient for

6   the parties.

7   The parties should be aware that relating the cases under

8   Local Rule 123 merely has the result that these actions are

9   assigned to the same judge and magistrate judge; no consolidation

10  of the actions is effected.   Under the regular practice of this

11  court, related cases are generally assigned to the judge and

12  magistrate judge to whom the first filed action was assigned.

13  IT IS THEREFORE ORDERED that the Magistrate Judge assignment

14  in the actions denominated 2:15-CV-02396 JAM-CMK and 1:15-CV-01874

15  JAM-SAB be reassigned to Magistrate Judge Edmund F. Brennan for all

16  further proceedings.   Henceforth, the caption on documents filed in

17  the reassigned cases shall be shown as 2:15-CV-02396 JAM-EFB and

18  1:15-CV-01874 JAM-EFB.

19  IT IS SO ORDERED.

20  Dated:  January 19, 2016

21                                    /s/ John A. Mendez_____
                                      JOHN A. MENDEZ
22                                    United States District Court Judge

23

24

25

26

27

28