1  (*Counsel of record listed on next page*)

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  KEITH WELDAY, an individual | No. 2:13-CV-02439 JAM-EFB |
| 12                Plaintiff, | *Related to Nos.*<br>2:14-CV-01946 JAM-EFB;<br>2:14-CV-01957 JAM-EFB; |
| 13 | 2:14-CV-01960 JAM-EFB; |
| 14     vs. | 2:14-CV-01961 JAM-EFB;<br>2:14-CV-01963 JAM-EFB; |
| 15  RITE AID CORPORATION, and DOES 1 through 50, inclusive, | 2:14-CV-01965 JAM-EFB;<br>2:15-CV-00429 JAM-EFB;<br>2:15-CV-00622 JAM-EFB; |
| 16 | 2:15-CV-00623 JAM-EFB; |
| 17              Defendants | 2:15-CV-02150 JAM-EFB;<br>1:15-CV-01721 JAM-EFB; |
| 18 | 2:15-CV-02396 JAM-EFB;<br>1:15-CV-01748 JAM-EFB; |
| 19 | 2:15-CV-02597 JAM-EFB;<br>1:15-CV-01872 JAM-EFB; |
| 20 | 1:15-CV-01874 JAM-EFB;<br>2:15-CV-02594 JAM-EFB; |
| 21 | 2:16-CV-00174 JAM-EFB;<br>2:16-CV-00211 JAM-EFB. |
| 22 | **ORDER GRANTING STIPULATION TO** |
| 23 | **CONTINUE MAY 18, 2016 STATUS CONFERENCE TO MAY 25, 2016** |
| 24 | Judge:          Hon. John A. Mendez |
| 25 | |

26

27

28

ORDER GRANTING STIPULATION TO CONTINUE
5/18/16 STATUS CONFERENCE TO 5/25/16
U.S.D.C., E.D. Cal., No. 2:13-CV-02439 JAM-EFB

LEGAL_US_W # 85736682.1

1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
2 | MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
3 | 456 Montgomery Street, Suite 1400
San Francisco, California 94104
4 | Telephone:   (415) 983-0900
Facsimile:    (415) 397-9005
5 | matt@righettilaw.com
john@righettilaw.com
6 | mike@righettilaw.com

7 | Attorneys for Plaintiffs

8 | JEFFREY D. WOHL (Cal. State Bar No. 096838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
9 | PAUL HASTINGS LLP
55 Second Street, 24th Floor
10 | San Francisco, California 94105-3441
Telephone:   (415) 856-7000
11 | Facsimile:    (415) 856-7100
jeffwohl@paulhastings.com
12 | justinscott@paulhastings.com

13 | Attorneys for Defendant
Rite Aid Corporation

ORDER GRANTING STIPULATION TO CONTINUE
5/18/16 STATUS CONFERENCE TO 5/25/16
U.S.D.C., E.D. Cal., No. 2:13-CV-02439 JAM-EFB

LEGAL_US_W # 85736682.1

1  On the stipulation of the parties, and good cause appearing therefor,

2  IT IS ORDERED that the status conference in these related actions is continued to May 25, 2016, at 9:30 a.m. The parties shall file a single joint status report no later than May 18, 2016.

Dated: May 4, 2016

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

ORDER GRANTING STIPULATION TO CONTINUE
5/18/16 STATUS CONFERENCE TO 5/25/16
U.S.D.C., E.D. Cal., No. 2:13-CV-02439 JAM-EFB

LEGAL_US_W # 85736682.1