1    (*Counsel listed on next page*)

2

3

4

5                UNITED STATES DISTRICT COURT

6              EASTERN DISTRICT OF CALIFORNIA

7

8   CHRIS GONZALEZ, an individual         No. 2:14-cv-01963-JAM-EFB

9                Plaintiff,        Related to Nos.:
                                         2:13-cv-02439-JAM-EFB

10                                      2:14-cv-01960-JAM-EFB
                                       2:14-cv-01963-JAM-EFB

11       vs.                         1:15-cv-01748-JAM-EFB
                                       1:15-cv-01872-JAM-EFB

12   RITE AID CORPORATION, and DOES 1     1:15-cv-01874-JAM-EFB
   through 50, inclusive,                2:15-cv-02150-JAM-EFB

13                Defendants.       2:15-cv-02396-JAM-EFB
                                       2:15-cv-02597-JAM-EFB

14                                      2:16-cv-00174-JAM-EFB
                                     2:16-cv-00211-JAM-EFB

15                                      2:16-cv-01028-JAM-EFB
                                     2:17-cv-01527-JAM-EFB

16                           **STIPULATION TO PROCEED BY BENCH TRIAL**

17                           **OF ALL CLAIMS**

18                           Judge:          Hon. John A. Mendez
                          Trial Date:      October 23, 2017

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 90863355.2

MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone:     (415) 983-0900
Facsimile:     (415) 397-9005
matt@righettilaw.com
john@righettilaw.com
mike@righettilaw.com

Attorneys for Plaintiffs
Bruce Kaufman and Chris Gonzalez


JEFFREY D. WOHL (Cal. State Bar No. 096838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
ANDREA B. DICOLEN (Cal. State Bar No. 305555)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone:     (415) 856-7000
Facsimile:     (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com
andreadicolen@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

LEGAL_US_W # 90863355.2

1    Plaintiffs Bruce Kaufman and Chris Gonzalez and defendant Rite Aid Corporation ("Rite Aid"),

2    by and through their respective counsel, hereby request that the Court enter an order providing that the

3    consolidated trial in *Kaufman v. Rite Aid Corp.*, No. 2:14-cv-01961, and *Gonzalez v. Rite Aid*, No. 2:14-

4    cv-01963, will proceed as a bench trial, and in support of that request stipulate as follows:

5        1.    Plaintiff Kaufman filed his complaint in the Superior Court of California, County of

6    Sacramento ("Sacramento Superior Court"), on August 29, 2013. Neither in his complaint, nor

7    thereafter, did plaintiff Kaufman demand a jury trial.

8        2.    On October 15, 2013, Rite Aid filed an answer to plaintiff Kaufman's complaint in

9    Sacramento Superior Court, whereby it initially demanded a jury trial.

10       3.    Plaintiff Gonzalez filed his complaint in Sacramento Superior Court on October 25, 2013.

11   Neither in his complaint, nor thereafter, did plaintiff Gonzalez demand a jury trial.

12       4.    On December 19, 2013, Rite Aid filed an answer to plaintiff Gonzalez's complaint in

13   Sacramento Superior Court, whereby it initially demanded a jury trial.

14       5.    Trial in *Kaufman* and *Gonzalez* is currently scheduled to begin October 23, 2017 (ECF

15   46).

16       6.    The parties have conferred and, for purposes of the *Kaufman* and *Gonzalez* matters only,

17   Rite Aid has agreed to withdraw its demands for jury trials. This stipulation does not address any other

18   consolidated case pending before this Court.

19       7.    Accordingly, the parties respectfully request that the Court enter an order providing that

20   the trial will proceed on October 23, 2017, as a bench trial of all of plaintiffs Kaufman's and Gonzalez's

21   claims

22       This stipulation is filed by Justin M. Scott. All other signatories listed, and on whose behalf the

23   filing is submitted, concur in the filing's content and have authorized this filing.

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION TO PROCEED BY BENCH TRIAL
OF ALL CLAIMS
U.S.D.C., E.D. Cal., No. 2:14-cv-01961-JAM-EFB

Dated: August 23, 2017.

MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI GLUGOSKI, P.C.

By: _____*/s/ Michael Righetti*_____
Michael Righetti
Attorneys for Plaintiffs
Bruce Kaufman and Christopher Gonzalez

Dated: August 23, 2017.

JEFFREY D. WOHL
JUSTIN M. SCOTT
ANDREA B. DICOLEN
PAUL HASTINGS LLP

By: _____*/s/ Justin M. Scott*_____
Justin M. Scott
Attorneys for Defendant
Rite Aid Corporation

STIPULATION TO PROCEED BY BENCH TRIAL
OF ALL CLAIMS
U.S.D.C., E.D. Cal., No. 2:14-cv-01961-JAM-EFB

LEGAL_US_W # 90863355.2

1    (*Counsel listed on next page*)

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7

8    BRUCE KAUFMAN, an individual          No. 2:14-cv-01963-JAM-EFB

9                    Plaintiff,             Related to Nos.:
                                              2:13-cv-02439-JAM-EFB
10                                            2:14-cv-01960-JAM-EFB
          vs.                                 2:14-cv-01963-JAM-EFB
11                                            1:15-cv-01748-JAM-EFB
     RITE AID CORPORATION, and DOES 1        1:15-cv-01872-JAM-EFB
12   through 50, inclusive,                  1:15-cv-01874-JAM-EFB
                                              2:15-cv-02150-JAM-EFB
13                 Defendants.                2:15-cv-02396-JAM-EFB
                                              2:15-cv-02597-JAM-EFB
14                                            2:16-cv-00174-JAM-EFB
                                              2:16-cv-00211-JAM-EFB
15                                            2:16-cv-01028-JAM-EFB
                                              2:17-cv-01527-JAM-EFB

16                                       **ORDER GRANTING STIPULATION TO
                                         PROCEED BY BENCH TRIAL OF ALL CLAIMS**
17

18                                       Judge:       Hon. John A. Mendez
                                         Trial Date:  October 23, 2017
19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 91182092.2

MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone:      (415) 983-0900
Facsimile:      (415) 397-9005
matt@righettilaw.com
john@righettilaw.com
mike@righettilaw.com

Attorneys for Plaintiffs
Bruce Kaufman and Chris Gonzalez


JEFFREY D. WOHL (Cal. State Bar No. 096838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
ANDREA B. DICOLEN (Cal. State Bar No. 305555)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone:      (415) 856-7000
Facsimile:      (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com
andreadicolen@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

LEGAL_US_W # 91182092.2

1    On the stipulation of the parties, and good cause appearing therefor,

2    IT IS ORDERED that the trial scheduled for October 23, 2017, in *Kaufman v. Rite Aid Corp.*,

3    No. 2:14-cv-01961, and *Gonzalez v. Rite Aid*, No. 2:14-cv-01963, will proceed as a bench trial.

4    Dated:  August 23, 2017.

5                                          _____
                                                 /s/ John A. Mendez
6                                                   John A. Mendez
                                         United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28