MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiff
Chris Gonzalez

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JUSTIN M. SCOTT (Cal. State Bar No. 302502)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California 94111
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
jeffwohl@paulhastings.com
justinscott@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS GONZALEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:14-CV-01963-JAM-EFB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Judge: Hon. John A. Mendez<br><br>Complaint Filed: October 25, 2013<br>Trial Date: October 23, 2017 |

1    Pursuant to the stipulation of the parties, and good cause appearing therefor,

2    IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side

3    to bear its own costs and attorneys' fees.

4    Dated: 10/4/2017                                    /s/ John A. Mendez_____

5

6                                                        Hon. John A. Mendez
                                                         United States District Court Judge
7